UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MARTIN PUEBLA, NICOLAS PUEBLA-FLORES,
EDGAR PUEBLA, JESUS VASQUEZ, and
JOAQUIN GALLEGOS, *on behalf of themselves and
FLSA Collective Plaintiffs*,

                          Plaintiff,

  -against-

T&A MARBLE & TILE, INC., JOHN DOE CORP
d/b/a MAXX DEVELOPMENT GROUP, ANTONIO
ANZOVINO, TITO ANZOVINO, and
MAXIMILIANO ZAPPONE,

                          Defendants.

------------------------------------- x

ORDER APPROVING FLSA SETTLEMENT

17 Civ. 2433 (GBD)

GEORGE B. DANIELS, United States District Judge:

The parties in this FLSA action have reached a settlement and jointly move for an order approving the settlement and dismissing the case. (*See* ECF No. 50.) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint motion for settlement approval, together with any exhibits attached thereto, hereby GRANTS the parties' motion and FURTHER ORDERS that:

1. The settlement agreement in the amount of $55,000, including $15,000 in attorneys' fees and costs incurred by Plaintiffs, is approved; and

2. This action is dismissed with prejudice and without costs to any party, other than to the extent set forth in the parties' settlement agreement and herein approved.

Dated: August 1, 2018
       New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE